FILED

02/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0436

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21–0436

THE ESTATE OF CHARLOTTE MANDICH, via Susan G. Mathews, its Personal Representative

    *Plaintiff/Appellee,*

    v.

MARK AND KATHLEEN FRENCH,

    *Defendants/Appellants.*

---

## ORDER

---

Upon consideration of Appellee's Rule 25 motion to substitute the Estate of Charlotte Mandich, via Susan G. Mathews, its Personal Representative, as the Appellee, the motion is granted.

The caption of this case shall be amended as shown above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 11 2022